# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Robyn M. Feldstein
direct dial: 212.589.4278
rfeldstein@bakerlaw.com

September 27, 2024

**VIA ECF**

Honorable Gary R. Brown
United States District Judge
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

        Re:    *In re Enzo Biochem Data Security Litigation*, No. 2:23-cv-04282-GRB-AYS – Letter Notifying the Court of a Settlement and Seeking a Stay

Dear Judge Brown,

We represent Defendants Enzo Biochem, Inc. and Enzo Clinical Labs, Inc. (collectively "Enzo"), in the above captioned matter. We write together with Plaintiffs to inform the Court that the parties have reached a settlement in principal. The parties therefore respectfully request that Your Honor stay all pending deadlines while the parties finalize the terms of the settlement and prepare to file a Motion for Preliminary Approval. The parties will provide an additional update to the court or file the Motion for Preliminary Approval on or before October 28th.

Respectfully submitted,

*/s/ Robyn Feldstein*

Robyn Feldstein
Baker & Hostetler LLP
*Attorneys for Defendants Enzo Biochem, Inc.
and Enzo Clinical Labs, Inc.*

Honorable Gary R. Brown
September 27, 2024
Page 2

/s/ *James J. Pizzirusso*

James J. Pizzirusso
Hausfeld LLP

/s/ *Jean S. Martin*

Jean S. Martin
Morgan & Morgan
*Attorneys for Plaintiffs*