# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Robyn M. Feldstein
direct dial: 212.589.4278
rfeldstein@bakerlaw.com

October 28, 2024

**VIA ECF**

Honorable Gary R. Brown
United States District Judge
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014

    Re: *In re Enzo Biochem Data Security Litigation*, No. 2:23-cv-04282-GRB-AYS – Letter Updating the Court Regarding the Settlement and Seeking a Stay

Dear Judge Brown,

We represent Defendants Enzo Biochem, Inc. and Enzo Clinical Labs, Inc. (collectively "Enzo"), in the above captioned matter. We write together with Plaintiffs to update the Court on the process of finalizing the settlement. The parties are working diligently to finalize the terms of the agreement and settlement process and therefore respectfully request that Your Honor stay all pending deadlines while the parties continue these efforts and prepare to file a Motion for Preliminary Approval. The parties will provide an additional update to the court or file the Motion for Preliminary Approval on or before November 27, 2024.

Respectfully submitted,

*/s/ Robyn Feldstein*

Robyn Feldstein
Baker & Hostetler LLP
*Attorneys for Defendants Enzo Biochem, Inc.*

Honorable Gary R. Brown
October 28, 2024
Page 2

*and Enzo Clinical Labs, Inc.*

/s/ *James J. Pizzirusso*

James J. Pizzirusso
Hausfeld LLP

/s/ *Jean S. Martin*

Jean S. Martin
Morgan & Morgan
*Attorneys for Plaintiffs*