# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ENZO BIOCHEM DATA BREACH LITIGATION<br><br>This Document Relates To: All Cases | Lead Case No.: 2:23-4282 |

## NOTICE OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

PLEASE TAKE NOTICE that Plaintiffs Eliana Epstein, Tony Johnson, Marie Netrosio, Nino Khakhiashvili, Shana McHugh, Steven Griffin, Mark Guthart, Marjorie Weinman, Jeffrey Abraham, Dorinda Bynum, Margo Kupinska, Izza Hafeez Shah, Elyssa Crimeni, Marquis Simon, Mary Ann Mullane, Gita Garfinkel, Kathryn Mortensen, Robert Pastore, Emily Martorano, Giomar Reyes, and Paula Magnani (collectively, "Plaintiffs") hereby move for an order granting Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards.

This motion is supported by the accompanying Memorandum of Law, the Joint Declaration of Interim Co-Lead Counsel James J. Pizzirusso and Jean S. Martin, filed herewith, all papers and records on file in this matter, and such other matters as the Court may consider.

As discussed in the accompanying Memorandum of Law, the requested relief is appropriate in light of Plaintiffs' and Interim Co-Lead Counsel's contributions to the litigation of this case.

DATE: May 9, 2025

Respectfully submitted by,

/s/ James J. Pizzirusso
James J. Pizzirusso
**Hausfeld LLP**
888 16th St. NW, Suite 300
Washington, DC 20006
T: 202.540.7200
jpizzirusso@hausfeld.com

*/s/ Jean S. Martin*
Jean S. Martin
**Morgan & Morgan Complex Litigation Group**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
T: 813.559.4908
jeanmartin@forthepeople.com


*Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

I, Jean S. Martin, hereby certify that a true and correct copy of the foregoing motion was served on all counsel of record via the Court's CM/ECF system.

*s/ Jean S. Martin*
