## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE ENZO BIOCHEM DATA BREACH LITIGATION*<br><br>This Document Relates To: *All Cases* | Lead Case No.: 2:23-cv-04282-AYS |

### NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR
### FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs Eliana Epstein, Tony Johnson, Marie Netrosio, Nino Khakhiashvili, Shana McHugh, Steven Griffin, Mark Guthart, Marjorie Weinman, Jeffrey Abraham, Dorinda Bynum, Margo Kupinska, Izza Hafeez Shah, Elyssa Crimeni, Marquis Simon, Mary Ann Mullane, Gita Garfinkel, Kathryn Mortensen, Robert Pastore, Emily Martorano, Giomar Reyes, and Paula Magnani (collectively, "Plaintiffs") hereby move for an order,[1] pursuant to Federal Rule of Civil Procedure 23, granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement.

This motion is supported by the accompanying Memorandum of Law, the Joint Declaration of Class Counsel James J. Pizzirusso and Jean S. Martin, and the Declaration of Rebecca L. Taylor of Angeion Group, filed herewith, all papers and records on file in this matter, and such other matters as the Court may consider.

As discussed in the accompanying Memorandum of Law, the requested relief is appropriate because certification of the Settlement Class is appropriate under Federal Rules of Civil Procedure

---

[1] A proposed final approval order is attached as **Exhibit B** to the Settlement Agreement (**Exhibit 1** to the Joint Declaration of Class counsel in Support of Plaintiffs' Unopposed Motion for Final Approval of Proposed Class Action Settlement).

1

23(a) and (b)(3), and the Settlement satisfies the standards for final approval under Federal Rule of Civil Procedure 23(e).

| | |
|---|---|
| Dated: June 2, 2025 | Respectfully submitted, |
| | */s/ James J. Pizzirusso* |
| | James J. Pizzirusso |
| | **HAUSFELD LLP** |
| | 1200 17th Street N.W., Suite 600 |
| | Washington, DC 20036 |
| | T: 202.540.7200 |
| | jpizzirusso@hausfeld.com |
| | |
| | */s/ Jean S. Martin* |
| | Jean S. Martin |
| | **MORGAN & MORGAN** |
| | **COMPLEX LITIGATION GROUP** |
| | 201 N. Franklin Street, 7th Floor |
| | Tampa, FL 33602 |
| | T: 813.223.5505 |
| | jeanmartin@forthepeople.com |

## **CERTIFICATE OF SERVICE**

      I, James J. Pizzirusso, hereby certify that on June 2, 2025, a true and correct copy of the foregoing Notice of Motion and accompanying Memorandum of Law and Joint Declaration of Class Counsel and all exhibits thereto were served on all counsel of record via the Court's CM/ECF system.

      Respectfully submitted,

      */s/ James J. Pizzirusso*
      James J. Pizzirusso