## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE ENZO BIOCHEM DATA BREACH LITIGATION**<br><br>This Document Relates To: *All Cases* | Lead Case No.: 2:23-cv-04282-AYS |

### NOTICE OF CORRECTED EXHBIITS IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR <u>FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT</u>

PLEASE TAKE NOTICE that Plaintiffs Eliana Epstein, Tony Johnson, Marie Netrosio, Nino Khakhiashvili, Shana McHugh, Steven Griffin, Mark Guthart, Marjorie Weinman, Jeffrey Abraham, Dorinda Bynum, Margo Kupinska, Izza Hafeez Shah, Elyssa Crimeni, Marquis Simon, Mary Ann Mullane, Gita Garfinkel, Kathryn Mortensen, Robert Pastore, Emily Martorano, Giomar Reyes, and Paula Magnani (collectively, "Plaintiffs") hereby provide notice of corrections to two exhibits submitted in support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement ("Final Approval Motion").

Plaintiffs inadvertently indicated that "Defendants shall separately pay the Administrative Expenses incurred by the Settlement Administrator in accordance with the terms of the Settlement Agreement" in two exhibits submitted in support of the Final Approval Motion (Exhibit 1-B, the Proposed Final Approval Order; and Exhibit 1-C, the Proposed Judgment). *See* ECF No. 87-3 at PDF pages 42, 51. However, the Settlement Agreement calls for "all Administrative Expenses" to be paid from the Settlement Fund. *See* Settlement Agreement § 3.13.

Accordingly, Plaintiffs hereby submit corrected versions of the Proposed Final Approval Order and Proposed Judgment, attached hereto, which specify that: "The Administrative Expenses incurred by the Settlement Administrator shall be paid from the Settlement Fund in accordance

with the terms of the Settlement Agreement." *See* **Corrected Exhibit 1-B** and **Corrected Exhibit 1-C**, attached hereto.

Plaintiffs respectfully request that the Court use these versions of the Proposed Final Approval Order and Proposed Judgment.


Dated: June 10, 2025                                             Respectfully submitted,

*/s/ James J. Pizzirusso*
James J. Pizzirusso
**HAUSFELD LLP**
1200 17th Street N.W., Suite 600
Washington, DC 20036
T: 202.540.7200
jpizzirusso@hausfeld.com

*/s/ Jean S. Martin*
Jean S. Martin
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
T: 813.223.5505
jeanmartin@forthepeople.com

**CERTIFICATE OF SERVICE**

  I, James J. Pizzirusso, hereby certify that on June 10, 2025, a true and correct copy of the foregoing Notice of Corrected Exhibits in Support of Plaintiffs' Unopposed Motion for Final Approval of Proposed Class Action Settlement, with corrected exhibits, were served on all counsel of record via the Court's CM/ECF system.

                */s/ James J. Pizzirusso*
                James J. Pizzirusso